UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re : Case No. 18 - 12239
Deborah L. Jackson : (Chapter 13)
Debtor. :
: Hon. Jean K. FitzSimon

## Pre-Confirmation Certification
## of Compliance with Post-Petition Obligations in Accordance
## with 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I, Deborah L. Jackson, Debtor in the above-captioned case, hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named Debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named Debtor has filed all applicable federal, state, and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

_____
Deborah L. Jackson, Debtor
DATE:

6-8-18