UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 18 - 12239 |
| Deborah L. Jackson | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Jean K. FitzSimon |
|  | : |  |

## ORDER

AND NOW, this       day of                    , 2018, upon consideration of Debtor's Attorney Application for Allowance of Counsel Fees, and any responses thereto, it is hereby ORDERED that

a)   Debtor's Attorney Application for Allowance of Counsel Fees is GRANTED;

b)   Compensation is ALLOWED in favor of Applicant in the amount of $2,900.00 for his services and of $230.82 for un-reimbursed expenses; and

c)   The Chapter 13 Trustee is authorize to distribute to Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b), and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in section (b) less $695.00 which was paid by Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

**Date: July 31, 2019**

Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Deborah L. Jackson
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: Frederick L. Reigle, Esquire
Creditors: