UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 18 - 12239 |
| Deborah L. Jackson | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Jean K. FitzSimon |
| | : | |

## AMENDED ORDER

AND NOW, this ____ day of _____, 2019, upon consideration of Debtor's Attorney Application for Allowance of Counsel Fees, and any responses thereto, it is hereby ORDERED that this Court's July 31, 2019 Order is MODIFIED as follows:

a) Debtor's Attorney Application for Allowance of Counsel Fees is GRANTED;

b) Compensation is ALLOWED in favor of Applicant in the amount of $3,100.00 for his services; and

c) The Chapter 13 Trustee is authorize to distribute to Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b), and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in section (b) less $695.00 which was paid by Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Deborah L. Jackson
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: Scott F. Waterman, Esquire
Creditor's Attorney: