United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deborah L. Jackson  
      Debtor

Case No. 18-12239-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Aug 02, 2019  
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.  
db          Deborah L. Jackson,    4501 Disston Street,    Philadelphia, PA   19135-1819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:21:13      Synchrony Bank,  
           c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                    TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2019 at the address(es) listed below:  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
         RONALD G. MCNEIL    on behalf of Plaintiff Deborah L. Jackson r.mcneil1@verizon.net  
         RONALD G. MCNEIL    on behalf of Debtor Deborah L. Jackson r.mcneil1@verizon.net  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                            TOTAL: 8

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re            :    Case No.  18 - 12239  JKF
  Deborah L. Jackson  :           (Chapter 13)
      Debtor.    :
              :    Hon. Jean K. FitzSimon
              :

# AMENDED ORDER

AND NOW, this 2nd day of August, 2019, upon consideration of Debtor's Attorney Application for Allowance of Counsel Fees, and any responses thereto, it is hereby ORDERED that this Court's July 31, 2019 Order is MODIFIED as follows:

a)   Debtor's Attorney Application for Allowance of Counsel Fees is GRANTED;

b)   Compensation is ALLOWED in favor of Applicant in the amount of $3,100.00 for his services; and

c)   The Chapter 13 Trustee is authorize to distribute to Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b), and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in section (b) less $695.00 which was paid by Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Deborah L. Jackson
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: Scott F. Waterman, Esquire
Creditor's Attorney: