| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-12239-AMC**

DEBORAH L JACKSON
4501 DISSTON STREET
PHILADELPHIA PA 19135-1819

Petition Filed Date: 04/03/2018
341 Hearing Date: 06/08/2018
Confirmation Date: 07/31/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $300.00 | 25392698291 | 02/01/2019 | $238.47 | 25553352497 | 02/13/2019 | $538.47 | 25187939954 |
| 03/14/2019 | $540.00 | 25553371386 | 04/18/2019 | $538.00 | 25719705764 | 05/29/2019 | $150.00 | 47044567595 |
| 05/29/2019 | $30.00 | 47045817071 | 05/30/2019 | $370.00 | 47045816902 | 05/30/2019 | $7,000.00 | 5153927594 |
| 07/08/2019 | $500.00 | 47045937704 | 07/23/2019 | $30.00 | 47045938007 | 07/23/2019 | $500.00 | 47045938006 |
| 09/04/2019 | $400.00 | 26127698613 | 09/04/2019 | $75.00 | 26127698938 | 10/01/2019 | $430.00 | 26074987356 |
| 10/18/2019 | $438.00 | 26074993915 | 11/27/2019 | $430.00 | 26212584352 | 12/30/2019 | $430.00 | 26212591743 |
| 02/04/2020 | $426.00 | 1715812668 | 03/02/2020 | $426.00 | 26212987236 | 03/24/2020 | $426.00 | 26401997362 |
| 04/21/2020 | $426.00 | 47039253536 | 06/11/2020 | $300.00 | 26646718263 | 06/18/2020 | $125.00 | 47048674406 |
| 07/06/2020 | $426.00 | 108659059333 | 07/21/2020 | $426.00 | 47048674827 | | | |

**Total Receipts for the Period: $15,918.94   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,698.94**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 009 | Unsecured Creditors | $564.52 | $0.00 | $564.52 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $340.08 | $0.00 | $340.08 |
| 7 | PA HOUSING FINANCE AGENCY<br>»» 007 | Mortgage Arrears | $8,318.32 | $6,325.71 | $1,992.61 |
| 1 | PHFA-HEMAP<br>»» 001 | Ongoing Mortgage | $1,566.38 | $1,191.16 | $375.22 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»» 002 | Secured Creditors | $2,999.99 | $2,281.36 | $718.63 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $750.30 | $0.00 | $750.30 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $2,138.01 | $0.00 | $2,138.01 |
| 3 | WELLS FARGO<br>»» 03S | Secured Creditors | $544.10 | $413.76 | $130.34 |
| 3 | WELLS FARGO<br>»» 03U | Unsecured Creditors | $2,823.41 | $0.00 | $2,823.41 |
| 8 | WELLS FARGO DEALER SERVICES<br>»» 08S | Secured Creditors | $5,246.18 | $3,989.47 | $1,256.71 |
| 8 | WELLS FARGO DEALER SERVICES<br>»» 08U | Unsecured Creditors | $1,682.60 | $0.00 | $1,682.60 |
| 10 | RONALD G MC NEIL, ESQ<br>»» 010 | Attorney Fees | $2,405.00 | $2,405.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,698.94 | Current Monthly Payment: | $428.90 |
| Paid to Claims: | $16,606.46 | Arrearages: | $219.50 |
| Paid to Trustee: | $1,709.08 | Total Plan Base: | $32,643.24 |
| Funds on Hand: | $383.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.