| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-12239-AMC**

DEBORAH L JACKSON
4501 DISSTON STREET
PHILADELPHIA PA 19135-1819

Petition Filed Date: 04/03/2018
341 Hearing Date: 06/08/2018
Confirmation Date: 07/31/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $426.00 | 1715812668 | 03/02/2020 | $426.00 | 26212987236 | 03/24/2020 | $426.00 | 26401997362 |
| 04/21/2020 | $426.00 | 47039253536 | 06/11/2020 | $300.00 | 26646718263 | 06/18/2020 | $125.00 | 47048674406 |
| 07/06/2020 | $426.00 | 108659059333 | 07/21/2020 | $426.00 | 47048674827 | 09/03/2020 | $426.00 | 26877314935 |
| 10/06/2020 | $326.00 | 26916401700 | 11/03/2020 | $100.00 | 26573690621 | 11/03/2020 | $300.00 | 167915387 |
| 11/03/2020 | $50.00 | 167915388 | 11/30/2020 | $526.00 | | 01/04/2021 | $426.00 | |
| 01/26/2021 | $426.00 | | 02/24/2021 | $426.00 | | 03/22/2021 | $500.00 | |
| 05/04/2021 | $450.00 | 27473001952 | | | | | | |

**Total Receipts for the Period: $6,937.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,654.94**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 009 | Unsecured Creditors | $564.52 | $0.00 | $564.52 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $340.08 | $0.00 | $340.08 |
| 7 | PA HOUSING FINANCE AGENCY<br>»» 007 | Mortgage Arrears | $8,318.32 | $8,123.54 | $194.78 |
| 1 | PHFA-HEMAP<br>»» 001 | Ongoing Mortgage | $1,566.38 | $1,529.70 | $36.68 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»» 002 | Secured Creditors | $2,999.99 | $2,929.74 | $70.25 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $750.30 | $0.00 | $750.30 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $2,138.01 | $0.00 | $2,138.01 |
| 3 | WELLS FARGO<br>»» 03S | Secured Creditors | $544.10 | $531.35 | $12.75 |
| 3 | WELLS FARGO<br>»» 03U | Unsecured Creditors | $2,823.41 | $0.00 | $2,823.41 |
| 8 | WELLS FARGO DEALER SERVICES<br>»» 08S | Secured Creditors | $5,246.18 | $5,123.33 | $122.85 |
| 8 | WELLS FARGO DEALER SERVICES<br>»» 08U | Unsecured Creditors | $1,682.60 | $0.00 | $1,682.60 |
| 10 | RONALD G MC NEIL, ESQ<br>»» 010 | Attorney Fees | $2,405.00 | $2,405.00 | $0.00 |

Chapter 13 Case No. 18-12239-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,654.94 | Current Monthly Payment: | $428.90 |
| Paid to Claims: | $20,642.66 | Arrearages: | $552.50 |
| Paid to Trustee: | $2,012.28 | Total Plan Base: | $32,643.24 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.