Certificate Number: 15317-PAE-DE-036267732

Bankruptcy Case Number: 18-12239



15317-PAE-DE-036267732

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2022, at 11:02 o'clock AM PST, Deborah L Jackson completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 17, 2022              By:   /s/Christel Raz

                                      Name: Christel Raz

                                      Title: Counselor