| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-12239-AMC**

DEBORAH L  JACKSON
4501 DISSTON STREET
PHILADELPHIA  PA    19135-1819

Petition Filed Date: 04/03/2018
341 Hearing Date: 06/08/2018
Confirmation Date: 07/31/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/04/2021 | $450.00 | 27473001952 | 06/28/2021 | $500.00 | | 07/13/2021 | $300.00 | |
| 07/26/2021 | $426.00 | | 08/23/2021 | $500.00 | | 09/20/2021 | $500.00 | |
| 10/08/2021 | $500.00 | | 11/17/2021 | $500.00 | | 12/28/2021 | $500.00 | |
| 01/24/2022 | $500.00 | | 02/22/2022 | $500.00 | | 03/31/2022 | $633.00 | |
| 04/29/2022 | $500.00 | | 05/13/2022 | $500.00 | | 06/29/2022 | $500.00 | |
| 07/25/2022 | $500.00 | | | | | | | |

**Total Receipts for the Period: $7,809.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $30,013.94**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 009 | Unsecured Creditors | $564.52 | $396.46 | $168.06 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $340.08 | $238.84 | $101.24 |
| 7 | PA HOUSING FINANCE AGENCY<br>»» 007 | Mortgage Arrears | $8,318.32 | $8,318.32 | $0.00 |
| 1 | PHFA-HEMAP<br>»» 001 | Ongoing Mortgage | $1,566.38 | $1,566.38 | $0.00 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»» 002 | Secured Creditors | $2,999.99 | $2,999.99 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $750.30 | $526.96 | $223.34 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $2,138.01 | $1,501.57 | $636.44 |
| 3 | WELLS FARGO<br>»» 03S | Secured Creditors | $544.10 | $544.10 | $0.00 |
| 3 | WELLS FARGO<br>»» 03U | Unsecured Creditors | $2,823.41 | $1,982.94 | $840.47 |
| 8 | WELLS FARGO DEALER SERVICES<br>»» 08S | Secured Creditors | $5,246.18 | $5,246.18 | $0.00 |
| 8 | WELLS FARGO DEALER SERVICES<br>»» 08U | Unsecured Creditors | $1,682.60 | $1,181.72 | $500.88 |
| 10 | RONALD G MC NEIL, ESQ<br>»» 010 | Attorney Fees | $2,405.00 | $2,405.00 | $0.00 |

**Chapter 13 Case No. 18-12239-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $30,013.94 | Current Monthly Payment: | $428.90 |
| Paid to Claims: | $26,908.46 | Arrearages: | ($801.90) |
| Paid to Trustee: | $2,645.48 | Total Plan Base: | $32,643.24 |
| Funds on Hand: | $460.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.