United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-12239-amc

Deborah L. Jackson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Oct 24, 2022      Form ID: 138OBJ      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Deborah L. Jackson, 4501 Disston Street, Philadelphia, PA 19135-1819 |
| 14084714 | + | Phila. Gas Works- Bankr. Unit, P.O. Box 3500, 800 W. Montgomery Ave, 3rd Flr, Philadelphia, PA 19122-2806 |
| 14126149 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |
| 14084718 | | Sams Club, a/k/a, Wal-Mart, Stores, Inc., Bankruptcy Department, 608 Southwest 8th Street, Bentonville, AR 72712-6207 |
| 14084720 | | TLC - The Lawn Company, P.O. Box 698, Shrewsbury, MA 01545-8698 |
| 14084721 | | U.S. Department of Housing, & Urban Development, National Servicing Center, 301 NW 6th Street, Suite 200, Oklahoma City, OK 73102-2811 |
| 14084724 | | Wells Fargo Dealer Services, Inc., Office of General Counsel, 23 Pasteur, Irvine, CA 92618-3816 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 24 2022 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2022 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14102708 | + | Email/Text: megan.harper@phila.gov | Oct 24 2022 23:57:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14084705 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 25 2022 00:04:40 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14084706 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 24 2022 23:57:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14117661 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2022 00:04:26 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14084707 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 24 2022 23:57:00 | Elan Financial Services, 225 W Station Square Drive, Suite 620, Pittsburgh, PA 15219-1174 |
| 14084708 | | Email/Text: bncnotifications@pheaa.org | Oct 24 2022 23:57:00 | FedLoan Servicing, Bankruptcy Dept., P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14084709 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2022 23:57:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14108535 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2022 23:57:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14084710 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2022 23:57:00 | Midland Funding, LLC, 3111 Camino Del Rio North, Suite 1300, San Diego, CA, 92108-5750 |

Case 18-12239-amc    Doc 68    Filed 10/26/22    Entered 10/27/22 00:30:25    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| 14084712 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2022 23:57:00 | PA Dept of Revenue, Bankruptcy Division, Office of Chief Counsel, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14084711 | Email/Text: blegal@phfa.org | Oct 24 2022 23:57:00 | PA Housing Finance Agency, Office of Chief Counsel, 211 N. Front Street, P.O. Box 8029, Harrisburg, PA 17105-8029 |
| 14084713 | Email/Text: bankruptcygroup@peco-energy.com | Oct 24 2022 23:57:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # N3-2, Philadelphia, PA 19103-1338 |
| 14113589 + | Email/Text: blegal@phfa.org | Oct 24 2022 23:57:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14084716 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2022 00:04:33 | Portfolio Recovery Assoc., LLC, Bankruptcy Dept., 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4962 |
| 14108502 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2022 00:04:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14085511 + | Email/PDF: rmscedi@recoverycorp.com | Oct 25 2022 00:04:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14084715 + | Email/Text: megan.harper@phila.gov | Oct 24 2022 23:57:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 14084717 ^ | MEBN | Oct 24 2022 23:55:30 | Raymour & Flanagan, 7230 Morgan Road, P.O. Box 130, Liverpool, NY 13088-0130 |
| 14084719 | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 00:04:26 | Synchrony Bank, Bankruptcy Department, 170 West Election Rd, Ste 125, Draper, UT 84020-6425 |
| 14084722 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 24 2022 23:57:00 | Verizon Communications, Bankruptcy Department, P.O. Box 4846, Trenton, NJ 08650-4846 |
| 14117391 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 25 2022 00:04:33 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 14106907 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 25 2022 00:04:33 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14084723 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 25 2022 00:04:26 | Wells Fargo Card Services, Bankruptcy Department, 1 Home Campus, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 24, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

Date: Oct 26, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:**

**Name**  **Email Address**

KEVIN G. MCDONALD
on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

RONALD G. MCNEIL
on behalf of Plaintiff Deborah L. Jackson r.mcneil1@verizon.net

RONALD G. MCNEIL
on behalf of Debtor Deborah L. Jackson r.mcneil1@verizon.net

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Deborah L. Jackson
        Debtor(s)                               Case No: 18−12239−amc
                                                                              Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                               Suite 400
                           Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/24/22